FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 OCT 29 PM 1:47

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BENNY WATSON | CIVIL ACTION |
| VERSUS | NO. 08-1336 |
| SUSAN LEE, SUSELLEN PENURE | SECTION "F"(4) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Benny Watson's Title 42 U.S.C. § 1983 complaint against the defendants, Susan Lee and Deputy Chief Sue Ellen Penouilh, is **DISMISSED WITH PREJUDICE** for failure to prosecute under Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this 29th day of OCTOBER, 2008.

UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____